United States Courts
Southern District of Texas
F I L E D

January 9, 2023

JAN 1 3 2023

Nathan Ochsner, Clerk of Court

United States Courthouse
Attn: Clerk of the District Court
PO BOX 61010
Houston Texas 77002-2600

RE:  US V. Farmer
     Civil Action No. 4:22-4307; Criminal Action No. 4:16-408

Dear Sir/Madam:

On December 8, 2022 I filed a Motion to Vacate, Set Aside, or
Correct a Sentence By a Person in Federal Custody" under 28
U.S.C §2255 with this Court.  As of the date hereof I have not
received a filed stamped copy of my motion.

As I have received the Appearance of Counsel filed on behalf of
the DOJ I do have confirmation that my Motion was received and
filed.

Please confirm that my mailing address is as listed below and
resend the file stamped copy of my motion, along with copies of
another other filings in this matter.  I appreciate your time an
attention.

Thank you,

Andrew Farmer (Inmate #14677-479)
Federal Correctional Institution
Satellite Prison Camp
PO Box 1500
El Reno, Oklahoma 73036

Andrew Farmer
REG 14677-479
Federal Correctional Institution
PO Box 1500
El Reno OK 73036

OKLAHOMA CITY OK 730

10 JAN 2023   PM 5  L



United States Courts
Southern District of Texas
F I L E D

JAN 13 2023

Nathan Ochsner, Clerk of Court

⇔14677-479⇔
District Court Clerk
PO BOX 61010
Clutch CITY, TX 77002-2600
United States

LEGAL MAIL 2600