United States Courts
Southern District of Texas
FILED

APR 03 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ANDREW IAN FARMER § <br> BOP# 14677-479 § <br>     Defendant/Movant, § <br> § <br> VS. § <br> § <br> UNITED STATES OF AMERICA § <br>     Plaintiff/Respondent § | CRIMINAL NO. 4:16-408-1 <br><br> CIVIL ACTION NO. 4:22-4307 |

## MOVANTS RESPONSE IN OBJECTION TO UNITED STATES' SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO FARMER'S 28 USC § 2255 MOTION

Movant Farmer respectfully stands in objection to the Government's attempt to further delay Farmer's Constitutional remedies in this matter.

The Government presents two reasons for its requested 90 day extension, first, that it has failed to receive requested hearing transcripts, and second, that lead counsel will be unavailable for a 60 day period due to personal obligations.

The Government made no mention in its First Extension request of its inability to timely receive the requested transcripts. As the Government ordered the transcripts, and received a partial response, prior to its filing of

the First Extension it was obviously aware of this failure at the time, yet failed to mention the issue as a justification for such extension. Instead the Government relied instead solely on the burdensome caseload faced by Mr. Hylden.

As to Mr. Hylden's unavailability, it would seem obvious that at the time the Government requested, and received, the First Extension, they would have certainly been aware of Mr. Hylden's "mandatory military training" which would begin 4 days following the termination of the requested extension. When the Government filed its First Extension it should have been forthright with this Court concerning the totality of the delay it needed in order to fulfil this Court's order.

As the Government has determined that Movant's "status as a prisoner" somehow removes its responsibility to confer with Movant related to matters such as the instant motion, Movant has no ability to inform this Court about its objection to the Government's Motion in a timely fashion. As the Motion was filed only two days prior the termination of the First Extension, and as Movant did not receive a copy of the Motion until March 28, it seems highly likely that the Court will have already granted the Motion prior to this objection even being received by the Court, which would make this objection effectively moot.

Movant makes this objection to ensure that justice is in fact done. Accordingly, Movant respectfully objects to the Government's request for a 90 day second request for an extension to file its response to Movant's 2255 Motion.

Respectfully submitted,

Andrew Farmer
Filing *pro se*

## CERTIFICATE OF SERVICE

I, Andrew Farmer, certify that a true and correct copy of the *Movants Response In Objection To United States' Second Motion For An Extension Of Time To Respond To Farmer's 28 USC § 2255 Motion* was sent to the court on March 29, 2023, by placement in the outgoing mail system at FCI El Reno. In addition a copy was sent to the Government in care of counsel of record.

*/s/ Andrew Farmer*
Andrew Farmer
Filing *pro se*

March 29, 2023

United States Courthouse
Attn: Clerk of the District Court
PO BOX 61010
Houston Texas 77002-2600

United States Courts
Southern District of Texas
FILED

APR 03 2023

Nathan Ochsner, Clerk of Court

RE:   US V. Farmer
      Civil Action No. 4:22-4307;
      Criminal Action No. 4:16-408

Dear Sir/Madam:

Please find the enclosed *Movants Response In Objection To United States' Second Motion For An Extension Of Time To Respond To Farmer's 28 USC § 2255 Motion* for filing in the above referenced matter.

Thank you,

*[signature]*

Andrew Farmer (Reg #14677-479)
Federal Correctional Institution
Satellite Prison Camp
PO Box 1500
El Reno, Oklahoma 73036



ANDREW FARMER
14677-479
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 1500
EL RENO OK 73036

⇔14677-479⇔
District Court Clerk
PO BOX 61010
Clutch CITY, TX 77002-2600
United States