March 19, 2024

Honorable Judge Hicks
Southern District of Texas
Houston Division

Request for Status
Docket: 4:16CR00408-001

United States Courts
Southern District of Texas
FILED

MAR 25 2024

Nathan Ochsner, Clerk of Court

Judge Hicks,

In early January 2024 I filed with this court a Motion for Sentence Reduction Pursuant to Amendment 821 of the Sentencing Guidelines.

As of the date hereof I have received no communications related to this Motion, nor did I receive a file stamped copy of the Motion as was requested in my cover letter.

I humbly ask this court to provide a status as to this pending Motion. If an Administrative or Standing Order exists pertaining to the handling of Amendment 821 Motions I ask that a copy be sent to me.

In the event that my questions would be more properly addressed to the USAO or elsewhere please indicate such.

Thank you for your assistance in this matter.

Andrew Farmer
Reg 14677-479
PO Box 1500
El Reno, OK 73036

Andrew Farmer
Reg 14677-479
Federal Correctional Institution
PO Box 1500
El Reno OK 73036

OKLAHOMA CITY OK 730
20 MAR 2024 PM 6 L

⇔14677-479⇔
District Court Clerk
PO BOX 61010
Clutch CITY, TX 77002-2600
United States

United States Courts
Southern District of Texas
FILED
MAR 25 2024
Nathan Ochsner, Clerk of Court

77002-2600